United States District Court
Southern District of Texas
FILED

OCT 1 5 2014 VCC

~~~~ J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LARDEO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| **V.** | : |
| VIRENDER SHARMA, | : |
| **Defendant.** | : |

CRIMINAL NO. **L - 14 - 923**

**DS**

## INDICTMENT

The Grand Jury charges that:

### Background

At all times material to this Indictment:

1.  Title 31, United States Code, Section 5331, and the relevant regulations promulgated thereunder, require that any person (including a corporation) who is engaged in a trade or business, and, who in the course of such trade or business, receives more than ten thousand dollars ($10,000) in coins or currency in one (1) transaction or two (2) or more related transactions, file a report regarding such transaction(s) with the Financial Crime Enforcement Network (FinCEN), Department of the Treasury.  This report is commonly referred to as a "Form 8300."

2.  T.M. Perfumes Wholesale, Inc., hereinafter "T.M. Perfumes," located at 1215 Zaragoza Street, Laredo, Texas, was incorporated in the state of Texas on or about October 19, 1998, and has operated as a trade or business selling perfume.

4.  According to his personal federal tax returns, Defendant Virender Sharma is the sole owner of T.M. Perfumes.

5.  Defendant Virender Sharma is the registered agent, president and manager of T.M.

Perfumes.

6.     Since at least in or about March 2006, Defendant Virender Sharma has been aware of the Form 8300 reporting requirement referenced in Paragraph 1 above.

7.     As owner, president, and manager, Defendant Virender Sharma was responsible for making all significant decisions in the operation and management of T.M. Perfumes, including deciding whether or not T.M. Perfumes would comply with its Form 8300 filing obligations.

8.     Despite being aware of the From 8300 filing obligation since at least 2006, Defendant Virender Sharma knowingly failed to implement a system or to otherwise ensure that T.M. Perfumes would comply with its Form 8300 filing, knowing that doing so would cause T.M. Perfumes to regularly fail to fulfill its Form 8300 filing obligations.

## <u>COUNTS 1-44</u>

**Causing a Failure to File Required Report Nonfinancial Trades and Businesses**

**[31 U.S.C. § 5324(b)(1)]**

9.     On or about the dates set forth below in Counts 1-44, each date which corresponds to a payment in U.S. currency that triggered the reporting requirement under Section 5331 of Title 31, United States Code, in the Southern District of Texas and elsewhere, and within the jurisdiction of this court,

**VIRENDER SHARMA**

knowingly and for the purpose of evading the reporting requirements of Section 5331 of Title 31, United States Code, and the regulations promulgated thereunder, did cause and attempt to cause T.M. Perfumes Wholesale, Inc., a trade or business as defined in Title 31, Code of Federal Regulations, Section 103.30(c)(11) (recodified without substantive

change as Title 31, Code of Federal Regulations, Section 1010.330(c)(11), effective

March 1, 2011), that is wholesale and retail seller of perfume, to fail to file reports

required under Section 5331 of Title 31 and any regulation prescribed under any such

section, and did so as part of a pattern of illegal activity involving more than $100,000 in

a 12-month period.

10.     All in violation of Title 31, United States Code, Sections 5324(b)(1) and 5324(d)(2) and

Title 31, Code of Federal Regulations, Section 103.30 (recodified, without substantive

amendment, as Title 31, Code of Federal Regulations, Section 1010.330, effective March

1, 2011).

11.

| COUNT | DATE of CASH RECEIPT | AMT of CASH |
|-------|---------------------|-------------|
| 1 | June 23, 2009 | $14,800 |
| 2 | June 23, 2009 | $40,000 |
| 3 | June 25, 2009 | $12,674 |
| 4 | June 30, 2009 | $15,022.66 |
| 5 | June 30, 2009 | $17,000 |
| 6 | July 7, 2009 | $12,000 |
| 7 | July 8, 2009 | $20,000 |
| 8 | July 13, 2009 | $30,000 |
| 9 | July 17, 2009 | $15,000 |
| 10 | July 21, 2009 | $16,000 |
| 11 | July 22, 2009 | $13,500 |
| 12 | July 22, 2009 | $13,035.25 |
| 13 | July 23, 2009 | $25,000 |
| 14 | July 28, 2009 | $30,000 |
| 15 | July 31, 2009 | $20,000 |
| 16 | August 1, 2009 | $25,000 |
| 17 | August 1, 2009 | $13,215 |
| 18 | August 5, 2009 | $26,170 |
| 19 | August 14, 2009 | $20,000 |
| 20 | August 14, 2009 | $12,000 |
| 21 | August 29, 2009 | $22,000 |
| 22 | September 10, 2009 | $20,000 |
| 23 | October 31, 2009 | $20,000 |
| 24 | November 9, 2009 | $17,000 |

| 25 | November 9, 2009 | $15,000 |
|----|----|----|
| 26 | November 12, 2009 | $13,000 |
| 27 | November 24, 2009 | $14,300 |
| 28 | November 27, 2009 | $11,663 |
| 29 | November 30, 2009 | $100,600 |
| 30 | December 19, 2009 | $190,000 |
| 31 | December 26, 2009 | $50,000 |
| 32 | February 9, 2010 | $82,000 |
| 33 | February 10, 2010 | $40,000 |
| 34 | February 16, 2010 | $50,000 |
| 35 | February 22, 2010 | $36,150 |
| 36 | March 23, 2010 | $67,500 |
| 37 | March 29, 2010 | $50,000 |
| 38 | March 31, 2010 | $50,000 |
| 39 | April 7, 2010 | $44,545 |
| 40 | May 7, 2010 | $101,400 |
| 41 | May 14, 2010 | $60,400 |
| 42 | May 31, 2010 | $60,000 |
| 43 | June 14, 2010 | $50,000 |
| 44 | July 13, 2010 | $55,780 |

## NOTICE OF CRIMINAL FORFEITURE

1.  The allegations contained in Counts 1-44 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 31, United States Code, Section 5317.

2.  Pursuant to Title 31, United States Code, Section 5317, upon conviction of an offense in violation of Title 31, United States Code, Section 5324, Defendant Virender Sharma shall forfeit to the United States of America all property, real or personal, involved in the offense[s] and any property traceable to such property. The property to be forfeited includes but is not limited to a money judgment payable to the United States of America in the approximate amount of $1,611,754.91.

3.  If any of the property described above, as a result of any act or omission

of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

        without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 31, United States

Code, Section 5317(c) and by Title 28, United States Code, Section 2461(c).

<div align="center">

A TRUE BILL

**ORIGINAL SIGNATURE ON FILE**

</div>

Kenneth Magidson                         Jaikumar Ramaswamy, Chief
United States Attorney                    Asset Forfeiture and Money
                                         Laundering Section
                                         U.S. Department of Justice
                                         Criminal Division

By: _____              _____
Ralph E. Imperato                        Keith Liddle
Assistant United States Attorney         Trial Attorney
                                         Asset Forfeiture and Money
                                         Laundering Section
                                         U.S. Department of Justice

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

___LAREDO___ DIVISION

NO. **L-14-923**

FILE:
___INDICTMENT___

Filed: 10|15|14

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

VIRENDER SHARMA

KENNETH MAGIDSON, USA
RALPH E. IMPERATO; KEITH LIDDLE, AUSA

**CHARGE:** Cts. 1-44:  Causing a Failure to File Required Report Nonfinancial Trades and Businesses.

31 U.S.C. § 5324(b)(1) and 5324(d)(2)

**TOTAL COUNTS:** 44

**PENALTY:**   Cts. 1-44:   Imprisonment up to 5 yrs and $250,000 fine under section 5324(d)(1)
or 10 yrs and $500,000 fine under  section 5324(d)(2)
if the conduct is found to be a pattern involving more than $100,000.

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: VIRENDER SHARMA